**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAMI ETEMADI, *Petitioner*, v. MERRICK B. GARLAND, Attorney General, *Respondent.* | No. 18-72318 Agency No. A074-808-492 ORDER |

Filed June 23, 2022

Before:  Mary H. Murguia, Chief Judge, and Danny J. Boggs* and Milan D. Smith, Jr., Circuit Judges.

Order

---

* The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

**ORDER**

The petition for panel rehearing, Dkt. No. 53, is granted. The opinion filed on September 9, 2021, and reported at 12 F.4th 1013, is withdrawn. Dkt. No. 48.

The case is stayed and referred to mediation. If mediation is unsuccessful, the stay will be lifted, and the panel will determine whether to issue a final disposition or order additional argument. *See* Fed. R. App. P. 40(a)(4).